# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ERIKA TRUONG,

    Plaintiff,

v.                                            Case No: 8:25-cv-770-WFJ-TGW

THE LEVITON LAW FIRM, LTD.,

    Defendant.
_____/

## O R D E R

    The Court has been advised by **the Notice of Settlement (Dkt. 15)** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

    **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>forty (45) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 45-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

    **DONE** and **ORDERED** in Tampa, Florida on June 5, 2025.

                                                      s/*William F. Jung*
                                                      **WILLIAM F. JUNG**
                                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record